**No. 10-203. Thomas J. Cahill, et al., Petitioners v. James L. Alexander, et al.**

562 U.S. 1123, 131 S. Ct. 820, 178 L. Ed. 2d 579, 2010 U.S. LEXIS 9812.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 598 F.3d 79.

**No. 10-349. Shell Oil Company, et al., Petitioners v. Nancy Fuller Hebble, et al.**

562 U.S. 1124, 131 S. Ct. 822, 178 L. Ed. 2d 579, 2010 U.S. LEXIS 9730.

December 13, 2010. Motion of International Association of Defense Counsel, et al. for leave to file a brief as amici curiae granted. Motion of Chamber of Commerce of the United States, et al. for leave to file a brief as amici curiae granted. Motion of The American Petroleum Institute for leave to file a brief as amicus curiae granted. Petition for writ of certiorari to the Court of Civil Appeals of Oklahoma, Third Division, denied.

Same case below, 238 P.3d 939.